UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED

MAR 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BRO. SAMUEL A. ROSS 211-239
1901 E st. S.E.
WASHINGTON, D.C. 20003

CASE NUMBER  1:06CV00593

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Pro se General Civil

DATE STAMP: 03/30/2006

V

DEPARTMENT OF CORRECTION ( MAIL ROOM)MEDICAL)
1901 D st. S.E.
CORRECTIONS CORPERATION OF AMERICA/CENTRAL TREATMENT FACILITY
CULINARY, SECURITY AND WELL BEING.
1901 E st. S.E. WASHINGTON D.C. 20003

COMPLAINT

On July 25, 2005 I was working in the culinary and sliped across the floor and fell, I injured both knees and my back and my right wrist, the floor was covered with grease, grts, water and other food particles,( BUT THERE WAS NO WET FLOOR SIGNS

I was taken to medical and thats when I recieved cruel and unusual punishment. I was called into a room where a nurse told me to pull up my pant legs and she replyed "I don't see any swelling" gave me two broken ice packs and sent me back to work totally disregaurding any other injury I mentioned.

I was in to much pain to go back to work so I went back to my block and laid down I had to borrow some IBUPROPHEN 800MGS(3) and at that point I started writing grievances and sick call slips, I noticed I wasn't getting any responce so I started writing everything over and started keeping copies.

I talked to my lawyer and he told me he wasn't recieveing my mail so I started sending it through other people(THAT IS HOW YOU RECIEVED YOUR SECOND LETTER.)

RECEIVED

MAR 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Because of the nature of deception, deciet, and denial I'm forced to contact your office and request a jury trail so that justice can take it's course.

I have in my posession sighed statements of several people whom witnessed the pain and suffering I went thoought (from July 25, 2005 until January 12, 2006) until I recieved my first pain relief medicine along with two knee braces.

For the violation of several Constitutional Rights and Amendments, for my pain and suffering for seven months, the destruction of legal documents and for the neglegent of safety and wellbeing in the culinary I'm requesting ELEVEN MILLION DOLLARS and THE PAYING OF COURT COST.

Thank You for showing some concern Because the Warden, Contract officer and Grievance officers all are playing games with the health and wellbeing of the Residents here as if we are not HUMAN.


DEPARTMENBT OF CORRECTION: CULINARY AND MEDICAL
(Pain and suffering, Medical neglegent, Intentional Infliction Of Emotional Distress: $5,500,000.00 $FIVE MILLION FIVE HUNDRED THOUSAND). MR. ELWOOD YORK, DIRECTOR
1923 VERMONT AVE. NW. WASHINGTON, DC 20001

CORRECTIONS CORPERATION OF AMERICA: Security and Mail Room Destruction of Medical, Federal, and Legal Documents, Failure to Post Wet Floor Signs (security and wellbeing). $5,500,000.00 $(FIVE MILLION FIVE HUNDRED THOUSAND DOLLARS).

MR. JOHN ERGERSON CCA/CTF, DIRECTOR
10 BURTON HILL BLVD.
NASHVILLE, TENNESEE 37215

PAINFULLY
BUT WITH SINCERE
    RESPECT,
BRO. SAMUEL ROSS

*Bro. Samuel A. Ross*