IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAMUEL A. ROSS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF CORRECTIONS, )<br>    et al., )<br>)<br>Defendants. )<br>) | Civil Action 1:06-cv-00593 (CKK) |

**ENTRY OF APPEARANCE**

Pursuant to LCvR 83.6, Kelvin L. Newsome hereby enters his appearance as co-counsel for Defendant Corrections Corporation of America.

The firm address, telephone and facsimile numbers, as well as e-mail address for Kelvin L. Newsome is as follows:

    Kelvin L. Newsome
    LeClair Ryan
    999 Waterside Drive, Suite 2525
    Norfolk, VA  23510
    Telephone No.:  (757) 441-8938
    Facsimile No.:   (757) 441-8988
    kelvin.newsome@leclairryan.com

                                                            Respectfully submitted,

                                                            LECLAIR RYAN

                                                      _____/s/_____
                                                     Kelvin L. Newsome (D.C. Bar No. 439206)
                                                     LeClair Ryan
                                                     999 Waterside Drive, Suite 2525
                                                     Norfolk, VA  23510
                                                     Telephone No.:  (757) 441-8938
                                                     Facsimile No.:   (757) 441-8988

        Megan S. Ben'Ary (D.C. Bar No. 493415)
        225 Reinekers Lane
        Suite 700
        Alexandria, VA 22314
        (703) 684-8007
        (703) 684-8075 (fax)

        Daniel P. Struck (D.C. Bar No. CO037)
        Jennifer L. Holsman (D.C. Bar No. 495296)
        Jones, Skelton & Hochuli, P.L.C.
        2901 North Central Avenue, Suite 800
        Phoenix, AZ 85012
        Telephone: (602) 263-1700
        Facsimile: (602) 263-1784

        *Counsel for Defendant Corrections Corporation of America*

Filed electronically this 12th day of May, 2006.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was sent via first-class mail, postage prepaid, this 12th day of May, 2006, to the following:

        Samuel A. Ross
        DC-DOC 211-239
        1901 E Street, S.E.
        Washington, DC 20003
        *Pro Se Plaintiff*

        /s/ Megan S. Ben'Ary