IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL A. ROSS, )<br>)<br>　　　　　Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF CORRECTIONS, )<br>　et al., )<br>)<br>　　　　　Defendants. )<br>) | Civil Action 1:06-cv-00593 (CKK) |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

　　　I, the undersigned, counsel of record for Defendant Corrections Corporation of America, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Corrections Corporation of America which have any outstanding securities in the hands of the public:

　　　None.

These representations are made in order that judges of this court may determine the need for recusal.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　CORRECTIONS CORPORATION OF AMERICA

　　　　　　　　　　　　　　　　　　　　By　　/s/ Megan S. Ben'Ary
　　　　　　　　　　　　　　　　　　　　　　　　　　Counsel

　　　　　　　　　　　　　　　　　　　　Kelvin L. Newsome (D.C. Bar No. 439206)
　　　　　　　　　　　　　　　　　　　　Megan S. Ben'Ary (D.C. Bar No. 493415)
　　　　　　　　　　　　　　　　　　　　LeClair Ryan, A Professional Corporation
　　　　　　　　　　　　　　　　　　　　225 Reinekers Lane, Suite 700
　　　　　　　　　　　　　　　　　　　　Alexandria, VA 22314
　　　　　　　　　　　　　　　　　　　　(703) 684-8007 (telephone)
　　　　　　　　　　　　　　　　　　　　(703) 684-8075 (facsimile)

        Daniel P. Struck (D.C. Bar No. CO037)
        Jennifer L. Holsman (D.C. Bar No. 495296)
        Jones, Skelton & Hochuli, P.L.C.
        2901 North Central Avenue, Suite 800
        Phoenix, AZ  85012
        Telephone:  (602) 263-1700
        Facsimile:  (602) 263-1784

        *Counsel for Defendant Corrections Corporation of America*

Filed electronically this 12th day of May, 2006.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent via first-class mail, postage prepaid, this 12th day of May, 2006, to the following:

        Samuel A. Ross
        DC-DOC 211-239
        1901 E Street, S.E.
        Washington, DC 20003
        *Pro Se Plaintiff*

        /s/ Megan S. Ben'Ary