**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Samuel A. Ross,<br><br>                              Plaintiff,<br><br>     v.<br><br>Department of Corrections (mail room) (medical), Corrections Corporation of America,<br><br>                              Defendants. | Civil Action No. 1:06-cv 0593 (CKK) |

**ENTRY OF APPEARANCE**

Pursuant to LVcR 83.6, Jennifer L. Holsman hereby enters her appearance as co-counsel for the Defendant Corrections Corporation of America.

The firm address, telephone and facsimile numbers, as well as e-mail address for Jennifer L. Holsman is as follows:

>   Jennifer L. Holsman
>   Jones, Skelton & Hochuli, P.L.C.
>   2901 N. Central Avenue, Suite 800
>   Phoenix, AZ 85012
>   Telephone: 602-263-7310
>   Facsimile: 602-651-7507
>   Email: jholsman@jshfirm.com

                                                                  Respectfully submitted,

Dated: May 18th, 2006                        By: s/Jennifer L. Holsman
                                                                  Daniel P. Struck, Bar No. CO0037
                                                                  Jennifer L. Holsman, Bar No. 495296
                                                                  JONES, SKELTON & HOCHULI, P.L.C.
                                                                  2901 North Central Avenue, Suite 800
                                                                  Phoenix, Arizona  85012
                                                                  Telephone:   (602) 263-1700
                                                                  Facsimile:    (602) 263-1784
                                                                  Attorneys for Defendant, *CCA*