**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Samuel A. Ross,

       Plaintiff,

   v.

Department of Corrections (mail room) (medical),
Corrections Corporation of America,

       Defendants.

Civil Action No. 1:06cv00593

**NOTICE OF APPEARANCE**

Pursuant to LCvR 83.6, Daniel P. Struck, Esq. (D.C. Bar No. CO0037) hereby enters his appearance as counsel for Defendant, *Corrections Corporation of America*, in the above-captioned matter.

The firm address, telephone and facsimile numbers, as well as e-mail address for Daniel P. Struck, Esq. is as follows:

    Daniel P. Struck, Esq.
    JONES, SKELTON & HOCHULI, P.L.C.
    2901 North Central Avenue
    Suite 800
    Phoenix, Arizona 85012
    Telephone No.: (602) 263-7323
    Facsimile No.: (602) 200-7811
    E-Mail: dstruck@jshfirm.com

Dated this 22nd day of May 2006.

                         Respectfully submitted,

                         s/ Daniel P. Struck
                         Daniel P. Struck (D.C. Bar No. CO0037)
                         JONES, SKELTON & HOCHULI, P.L.C.
                         2901 North Central Avenue
                         Suite 800
                         Phoenix, Arizona 85012
                         Telephone: (602) 263-7323
                         Facsimile: (602) 200-7811

                         Kevin L. Newsome (D.C. Bar No. 439206)
                         Megan S. Ben'Ary (D.C. Bar No. 493415)
                         LECLAIR RYAN, A PROFESSIONAL CORPORATION
                         225 Reinekers Lane
                         Suite 700
                         Alexandria, Virginia 22314
                         Telephone: (703) 647-5928
                         Facsimile: (703) 647-5978 (direct)

Filed Electronically this 22nd day of
May 2006.

Copy of the foregoing mailed even date to:

Samuel A. Ross
211-239
1901 E. Street S.E.
Washington, DC 20003
Plaintiff *Pro Se*


  s/ Carol S. Madden