## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

Samuel A. Ross,

       Plaintiff,

    v.

Department of Corrections, *et al.*,

       Defendants.

C.A. No.: 06-0593 (CKK)

### NOTICE OF ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of LETICIA L. VALDES,

Assistant Attorney General for the District of Columbia, as counsel for defendant Corrections

Corporation of America.

       Respectfully submitted,

       ROBERT J. SPAGNOLETTI
       Attorney General for the District of Columbia

       GEORGE C. VALENTINE
       Deputy Attorney General, Civil Litigation Division

       /s/ Patricia A. Jones
       PATRICIA A. JONES [428132]
       Chief, General Litigation, Section IV

       /s/ Leticia L. Valdes
       LETICIA L. VALDES [0461327]
       Assistant Attorney General
       441 4th Street, N.W.
       Sixth Floor South
       Washington, D.C. 20001
       (202) 442-9845; (202) 727-6295
       Leticia.Valdes@dc.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Notice of Entry of Appearance was mailed,

first class, postage prepaid, this 26th day of May 2006, to:

Mr. Samuel A. Ross
DC-DOC 211-239
1901 E. Street, S.E.
Washington, D.C. 20003


           /s/ Leticia L. Valdes
LETICIA L. VALDES
Assistant Attorney General