IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Samuel A. Ross,<br><br>       Plaintiff,<br><br>   v.<br><br>Department of Corrections (mail room) (medical), Corrections Corporation of America,<br><br>       Defendants. | Civil Action No. 1:06cv00593 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to LCvR 83.6, Jennifer L. Holsman, Esq. (D.C. Bar No. 495296) hereby withdraws her appearance as counsel for Defendant, *Corrections Corporation of America*, in the above-captioned matter.

Dated this 7th day of June 2006.

Respectfully submitted,

s/ Jennifer L. Holsman
Jennifer L. Holsman (D.C. Bar No. 495296)
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue
Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-7323
Facsimile: (602) 200-7811

        Kelvin L. Newsome (D.C. Bar No. 439206)
        Megan S. Ben'Ary (D.C. Bar No. 493415)
        LeClair Ryan, A Professional Corporation
        225 Reinekers Lane
        Suite 700
        Alexandria, Virginia 22314
        Telephone: (703) 647-5928
        Facsimile: (703) 647-5978 (direct)

Filed Electronically this 7th day of
June 2006.

Copy of the foregoing mailed even date to:

Samuel A. Ross
211-239
1901 E. Street S.E.
Washington, DC 20003
Plaintiff *Pro Se*


s/ Colleen Webb
_____

1638485.1

- 2 -