IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL A. ROSS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action 1:06-cv-00593 (CKK) |
| DEPARTMENT OF CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF WITHDRAWAL**

Pursuant to LCvR 83.6, please take notice that Megan S. Ben'Ary hereby withdraws her appearance as counsel for Defendant Corrections Corporation of America in the above-captioned matter.

Respectfully submitted,

  /s/ Megan S. Ben'Ary  
Megan S. Ben'Ary (D.C. Bar No. 493415)
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA  22314
(703) 684-8007
(703) 684-8075 (fax)

Kelvin L. Newsome (D.C. Bar No. 439206)
LeClair Ryan
999 Waterside Drive, Suite 2525
Norfolk, VA  23510
Telephone No.:  (757) 441-8938
Facsimile No.:   (757) 441-8988

Daniel P. Struck (D.C. Bar No. CO037)
Jennifer L. Holsman (D.C. Bar No. 495296)
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, AZ  85012
Telephone:  (602) 263-1700
Facsimile:  (602) 263-1784

*Counsel for Defendant Corrections Corporation of America*

Filed electronically this 7th day of June, 2006.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent via first-class mail, postage prepaid, this 7th day of June, 2006, to the following:

Samuel A. Ross
DC-DOC 211-239
1901 E Street, S.E.
Washington, DC 20003
*Pro Se Plaintiff*

/s/ Megan S. Ben'Ary