IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL A. ROSS, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF CORRECTIONS, )<br>  et al., )<br>)<br>      Defendants. )<br>) | Civil Action 1:06-cv-00593 (CKK) |

**NOTICE OF WITHDRAWAL**

    Pursuant to LCvR 83.6, please take notice that Kelvin L. Newsome hereby withdraws his appearance as counsel for Defendant Corrections Corporation of America in the above-captioned matter.

Respectfully submitted,

    /s/ Kelvin L. Newsome
Kelvin L. Newsome (D.C. Bar No. 439206)
LeClair Ryan
999 Waterside Drive, Suite 2525
Norfolk, VA  23510
Telephone No.:  (757) 441-8938
Facsimile No.:  (757) 441-8988

Megan S. Ben'Ary (D.C. Bar No. 493415)
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA  22314
Telephone No.:  (703) 684-8007
Facsimile No.:  (703) 684-8075

        Daniel P. Struck (D.C. Bar No. CO037)
        Jennifer L. Holsman (D.C. Bar No. 495296)
        Jones, Skelton & Hochuli, P.L.C.
        2901 North Central Avenue, Suite 800
        Phoenix, AZ  85012
        Telephone:  (602) 263-1700
        Facsimile:  (602) 263-1784

        *Counsel for Defendant Corrections Corporation of America*

Filed electronically this 7th day of June, 2006.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was sent via first-class mail, postage prepaid, this 7th day of June, 2006, to the following:

        Samuel A. Ross
        DC-DOC 211-239
        1901 E Street, S.E.
        Washington, DC 20003
        *Pro Se Plaintiff*

        /s/ Kelvin L. Newsome