IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Samuel A. Ross,<br><br>        Plaintiff,<br><br>  v.<br><br>Department of Corrections (mail room) (medical), Corrections Corporation of America,<br><br>        Defendants. | Civil Action No. 1:06cv00593 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to LCvR 83.6, Daniel P. Struck, Esq. (D.C. Bar No. CO0037) hereby withdraws his appearance as counsel for Defendant, *Corrections Corporation of America*, in the above-captioned matter.

Dated this 7th day of June 2006.

                                            Respectfully submitted,

                                                 s/ Daniel P. Struck
                                          Daniel P. Struck (D.C. Bar No. CO0037)
                                          JONES, SKELTON & HOCHULI, P.L.C.
                                          2901 North Central Avenue
                                          Suite 800
                                          Phoenix, Arizona 85012
                                          Telephone: (602) 263-7323
                                          Facsimile: (602) 200-7811

                                      Kelvin L. Newsome (D.C. Bar No. 439206)
                                      Megan S. Ben'Ary (D.C. Bar No. 493415)
                                      LeClair Ryan, A Professional Corporation
                                      225 Reinekers Lane
                                      Suite 700
                                      Alexandria, Virginia 22314
                                      Telephone: (703) 647-5928
                                      Facsimile: (703) 647-5978 (direct)

Filed Electronically this 7th day of
June 2006.

Copy of the foregoing mailed even date to:

Samuel A. Ross
211-239
1901 E. Street S.E.
Washington, DC 20003
Plaintiff *Pro Se*


s/ Carol S. Madden

- 2 -