UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRO. SAMUEL A. ROSS #11239
18 FLORIDA AVE. N.E.
WASHINGTON, D.C. 200
      Plantiff,

V.

THE DISTRICT OF COLUMBIA,
1901 D AND 1901 E Sts. S.E.
WASHINGTON, D.C. 20003
      DEFENDANTS,

CIVIL ACTION NO. 060593

## NOTICE TO CORRECT PLANTIFF'S MOTION TO DENY DEFENDANTS MOTION TO DISMISS AND NEW ADDRESS

Plantiff, Bro. Samuel A. Ross humbly and respectfully moves that this court would deal patiently with Plantiff's complaint on the following grounds;

**RECEIVED**
AUG - 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

① LIMITED ACESS TO LAW LIBRARY AND THE FACT THAT GRIEVANCES PRETAINING TO THIS CASE ARE STILL BEING UNANSWERED.

② PLAINTIFF HAS ALSO FOUND THAT THE INFORMATION THAT WAS SENT ON HOW TO WRITE OUT A COMPLAINT WAS NOT THOROUGH (WHICH WAS NOT PURPOSELY DONE) WHICH LEFT BOTH PARTIES (DEFENDANTS) IN A POSITION OF EXTRICATION BY CLAIMING ENTITY.