UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL A. ROSS,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | Civil Action No.  06-593 (CKK) |

## ORDER

      In accordance with the Memorandum Opinion issued this 7th day of November, 2006, it is

    ORDERED that Defendant Department of Corrections' motions to dismiss [10, 11] are GRANTED.  It is

    FURTHER ORDERED that the Department of Corrections is DISMISSED.

                                                      _____/s/_____
                                                      COLLEEN KOLLAR-KOTELLY
                                                      United States District Judge