UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL A. ROSS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 06-593 (CKK) |
| | ) |
| DEPARTMENT OF CORRECTION, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

    Defendant Corrections Corporation of America has filed a motion for judgment on the pleadings. Plaintiff is proceeding *pro se*. The Court will rule on Defendant's motion taking into consideration the facts proffered by Plaintiff in his complaint, along with his response or opposition to the motion, and the entire record of the case. If Plaintiff fails to respond to this motion, the Court may assume that the motion is conceded and may grant the motion and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Accordingly, it is

    **ORDERED** that Plaintiff shall respond to the motion for judgment on the pleadings by **December 13, 2006**. If Plaintiff does not respond by that date, the Court may treat the motion as conceded.

                                                              _____/s/_____
                                                              COLLEEN KOLLAR-KOTELLY
                                                              United States District Judge

DATE: November 13, 2006