# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Bro. Samuel A. Ross DC/211259
1901 D St S.E.   S.W.-1 9/12
Washington, D.C. 20003
        PLAINTIFF,

V.

THE DISTRICT OF COLUMBIA,
        DEFENDANT,

THE DEPARTMENT OF CORRECTIONS,
1901 D St S.E. / 1923 Vermont Avenue, N.W.
Washington, D.C. 20003 / 20001
MEDICAL
        DEFENDANT,

CORRECTIONS CORPORATION OF AMERICA
CENTRAL TREATMENT FACILITY
1901 E St S.E.
Washington, D.C. 20003
CULINARY, SECURITY AND WELL-BEING,
MAIL ROOM
        DEFENDANT,

06-593 CKK
CASE NO. 00593

RECEIVED
JAN 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>A MOTION TO REVERSE OR RECONSIDER YOUR HONOR'S DECISION ON 11.07.06 (THE HONORABLE COLLEEN KOLLAR-KOTELLY) DUE TO THE RECONSTRUCTION OF PLAINTIFF'S PRESENT HOME (18 FLORIDA AVENUE N.E. WASHINGTON, D.C.)</u>

TO THE HONORABLE JUDGE COLLEEN KOLLAR-KOTELLY, TO THE RESPECTED UNITED STATES DISTRICT COURT HOUSE, TO THE HELPFUL, BEAUTIFUL AND LOVING SPIRITED Ms. NANCY MEYER-WHITTINGTON COURT CLERK, TO THE UNDERSTANDING AND OPEN MINDEDNESS OF THE REPERSENTITIVES OF THE DISTRICT, DUE TO THE RECONSTRUCTING OF THE ADDRESS PRESENTED ON 8.10.06 PLAINTIFF NEVER RECIEVED ANY MAIL THAT WAS SENT TO THAT ADDRESS.

IF IT IS AT ALL POSSIBLE AND IN THE WILL OF THE COURT TO GRANT PARDON AND THE COURTS INDULGENCE ON THE BEHALF OF THE PLAINTIFF TO REVERSE OR RECONSIDER YOUR HONOR'S DECISION WHICH WAS MADE ON 11.07.06 (HONORABLE COLLEEN KOLLAR-KOTELLY).

PLAINTIFF WOULD LIKE TO BE BROUGHT UP-TO-DATE WITH THE PRESENT PROCEEDINGS, PLAINTIFF HASN'T HEARD ANYTHING SINCE HIS MOTION FOR CHANG OF ADDRESS MOTION AND MOTION TO PROCEED.

PLAINTIFF CHECKED MAILBOX AS OFTEN AS POSSIBLE BUT PLAINTIFF NEVER RECIEVED ANY MAIL AT THAT ADDRESS (18 FLORIDA AVENUE, N.E. WASHINGTON, D.C.) PLAINTIFF ISN'T BLAMING ANYONE FOR THIS BECAUSE HIS SCHEDULE WAS EXTRAORDINARLY TIGHT TOO, MOVING FROM STATE-TO-STATE SUBCONTRACTING (MOVING CO. & HOME IMPROVEMENT CO.)

SO AT THIS POINT, PLAINTIFF WOULD LIKE A COPY OF ALL OR ANY DOCUMENTS AND INFORMATION THAT APPLIES TO THIS CASE SO PLAINTIFF CAN FILE A MOTION FOR AN APPEAL.

With Much Respect, and Thanks

Bro. Samuel Ross

P.S. PLAINTIFF'S THEROPY HAS HELPED TREMENDOUSLY. THANK YOU!