UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

Samuel A. Ross,

      Plaintiff,

   v.

Department of Corrections, *et al.*,

      Defendants.

C.A. No.: 06-0593 (CKK)

## DEFENDANT DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS' OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION

     Defendant, the District of Columbia Department of Corrections (hereinafter "District"), by and through counsel, herein opposes plaintiff's Motion to Reverse or Reconsider this Court's November 7, 2006, Order granting defendant's Department of Corrections' Motions to Dismiss, and states as follows:

     1.     Plaintiff's Motion for Reconsideration was not timely filed pursuant to Fed. R. Civil P. 59(e). The Court entered its Order on November 7, 2006. *See* Docket Entry # 23. Therefore, plaintiff's motion for reconsideration pursuant to Rule 59(e) was due on or before November 21, 2006. However, plaintiff filed his motion on January 30, 2007. *See* Docket Entry # 27.

     2.     Plaintiff has failed to set forth any viable basis upon which this Court should revisit its November 7, 2006, Order and/or reverse its decision in this defendant's favor. *See* Pls' Motion, generally. This Court, in its November 7, 2006 Order, held that

plaintiff failed to state a claim for municipal liability against the District of Columbia [1] and failed to show that he was hindered in pursuing a cognizable legal claim in order to establish a right to access to the courts. While Fed. R. Civil P. 60(b) allows a party to move for relief within a reasonable time period, plaintiff has failed to establish any of the grounds enumerated under Rule 60 in order to obtain relief. Therefore, plaintiff's motion should be summarily denied.

3.    Plaintiff argues that due to the "reconstructing of the address presented in 8-10-06 [he] never received any mail that was sent to that address." *See* Pls' Motion, generally. Plaintiff then asks the Court to reverse or reconsider the November 07, 2006, Order. *Id*. However, plaintiff ignores the fact that he opposed the District's Amended Motion to Dismiss on June 29, 2006, and that his alleged inability to receive any mail was not a factor in granting the District's Amended Motion to Dismiss.

For these reasons, plaintiff's motion for reconsideration should be denied.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

    /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

---

[1] Plaintiff sued the Department of Corrections and not the District of Columbia. However, the District of Columbia is the proper party defendant. The District does not herein waive any rights to proper service. However, the dismissal in this case is proper against the Department of Corrections and the District.

2

      /s/ Leticia L. Valdes
LETICIA L. VALDES
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295
leticia.valdes@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant District of Columbia Department of Corrections' Opposition to Plaintiff's Motion for Reconsideration was mailed, first class, postage prepaid, this 12th day of February 2007, to:

Mr. Samuel A. Ross
DC-DOC 211-239
S.W. –1 C/72
1901 E. Street, S.E.
Washington, D.C. 20003

      /s/ Leticia L. Valdes
LETICIA L. VALDES
Assistant Attorney General

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Samuel A. Ross,<br><br>           Plaintiff,<br><br>      v.<br><br>Department of Corrections, *et al.*,<br><br>           Defendants. | C.A. No.: 06-0593 (CKK) |

**ORDER**

Upon consideration of the plaintiff's Motion to Reverse or Reconsider this Court's November 7, 2006, Order, defendant D.C. Department of Correction's response thereto, and the record herein, it is this _____ day of _____, 2007,

ORDERED:   that the plaintiff's Motion for Reconsideration is DENIED.

_____
Judge Colleen Kollar-Kotelly

Copy to:

Mr. Samuel A. Ross
DC-DOC 211-239
S.W. –1 C/72
1901 E. Street, S.E.
Washington, D.C. 20003