06-593-CKK

2-08-07

RECEIVED
FEB 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To Whom it May Concern

It is obvious that only *one out of (4) Four letters that was sent to you, reached you, December 1, 2006, December 18, 2006, *December 30, 2006 and January 27, 2007 and Since the Honorable Judge Colleen Kollar-Kotelly has made her opinion opinion that I recieved no notice of and Since I have to pay people to use their name and number to get my mail out, I'm Burnt out of Finances). I Blame Myself!

I just recently wrote asking for an update and any paperwork that was past during my absence. It was a must that I had takken these trips (one to Dallas and one to Florida), I could not take this Homelessness another Day (the place where I was staying is being remodeled)

Inclosed Is another Motion for Reconsideration and an update of any Motions that was Granted in favor of the Defendants.

God Bless you
For your Time
and Patience,
Bro. Samuel A. Ross

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRO. SAMUEL A. ROSS
1901 D St. S.E. DC/211239
WASHINGTON, D.C. 20003

      PLAINTIFF,

V.

                        CASE NO. 00593

DISTRICT OF COLUMBIA,
DEPARTMENT OF CORRECTIONS,
1901 D St. S.E.
WASHINGTON, D.C. 20003
MEDICAL

      DEFENDANT,

CORRECTIONS CORPORATION
OF AMERICA, /C.T.F.
1901 E St. S.E.
WASHINGTON, D.C. 20003
Culinary, Security and
Well-Being, Mail Room

      DEFENDANT,

<u>THIS IS A MOTION TO REQUEST A REVERSAL OR RECONSIDERATION OF THE OPINION MADE BY THE HONORABLE JUDGE COLLEEN KOLLAR-KOTELLY ON THE SEVENTH DAY OF NOVEMBER 2006 IN THE MATTER OF ROSS V. CORRECTIONS.</u>

FIRST TO THE HONORED UNITED STATES DISTRICT COURT, TO THE HONORABLE JUDGE COLLEEN KOLLAR-KOTELLY, TO THE HELPFUL, BEAUTIFUL AND LOVING SPIRITED Ms. NANCY MEYER-WHITTINGTON COURT CLERK, TO THE UNDERSTANDING AND OPEN MINDEDNESS OF THE REPRESENTITIVES OF THE DISTRICT, DUE TO THE RECONSTRUCTION OF THE ADDRESS PRESENTED ON 8·10·06 PLAINTIFF NEVER RECIEVED ANY MAIL THAT WAS SENT TO THAT ADDRESS WHEN PLAINTIFF WAS IN TOWN.

THE COURTS PARDON AND INDULGENCE PLAINTIFF WOULD LIKE TO BE BROUGHT UP-TO-DATE WITH WHATEVER PROCEEDINGS PLAINTIFF HAS MISSED.

PLAINTIFF HAS BEEN MOVING FROM STATE TO STATE, TRYING TO FIND A FIRM FOUNDATION FOR PLAINTIFF'S SOON TO BE COMPANY (MOVING AND HOME IMPROVEMENT) PLAINTIFF WOULD LIKE ALL PROCEEDINGS AFTER CHANGE OF ADDRESS.

Your Honor IT'S NOT ABOUT THE MONEY IT'S ABOUT THE PRINCIPAL, THE PRESIDENT THAT CORRECTIONS WAS TRYING TO SET WITH THE DESTRUCTION OF PROPERTY AND ITS DECEPTIONS (ALTHOUGH THE MONEY WOULD HELP MY BUSSINESS) ☺

WITH A Hopeful
PARDON, LOVE AND RESPECT,
BRO. Samuel A. Loss