UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAMUEL A. ROSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-593 (CKK) |
| | ) | |
| DEPARTMENT OF CORRECTION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff, an inmate proceeding *pro se*, brought this action pursuant to 42 U.S.C.
§ 1983 alleging that his constitutional rights were violated by Defendants, the District of
Columbia Department of Corrections ("DOC") and the Corrections Corporation of America
("CCA"). On November 7, 2006, upon consideration of the motion, the opposition thereto, and
the record of this case, the Court granted DOC's motion to dismiss.

Plaintiff has moved for reconsideration of the Court's order dismissing DOC. The
motion raises no additional facts or law that leads the Court to reconsider its decision. Plaintiff
merely states that he has changed his residence and is not receiving pleadings from the Court.
Assuming Plaintiff's claim is true, his address change had no effect on the Court's decision.
Plaintiff was offered the opportunity to respond to DOC 's motion. Plaintiff filed his opposition
in a timely manner. Therefore, his reconsideration motion is without merit.[1]

The remaining defendant, CCA, filed a motion for judgment on the pleadings on
November 8, 2006. Plaintiff was ordered to respond to the motion by December 13, 2006. The

---

[1] Plaintiff filings indicate that he still resides at the D.C. Jail, his place of residence at
the time of the filing of the complaint.

Court informed Plaintiff that if he failed to respond to this motion, the Court could assume that the motion was conceded, grant the motion and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Plaintiff has not responded to the motion. Accordingly, it is

ORDERED that CCA's motion for judgment on the pleadings [25] is GRANTED. It is

FURTHER ORDERED that Plaintiff's motion for reconsideration [27] and motion for reversal or reconsideration [29] are DENIED.

The case is DISMISSED.

COLLEEN KOLLAR-KOTELLY
United States District Judge

DATE: March 13, 2007