UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Bro. Samuel A. Ross
1901 D St. S.E. sw-1 c/72
Washington, D.C 20003
  Plantiff,

V.

Corrections Corporation
of America
Central Treament Facility,
Culinary, Security And Well Being
  Defendant,

Case No. 06-0593 CKK
Case No. 00593

RECEIVED
MAR 2 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>Motion For Honorable Judge To Grant Decision</u>
<u>Due To Lack of Response from Defendant</u>

Since there was no response to any of the letters written to both Mr. Bruckheim or Ms. Valdes (one response from the respected court) 441 Fourth Street, N.W, 6th Floor North Washington, D.C. 20001 addressing the matters of an Alternative Dispute Resolution or Pretrail Conference nor Post Trail Aroceedings.

PLAINTIFF ALSO HAS WITNESSES TO VERIFY THE WRITING OF THESE LETTERS, (PLAINTIFF WILL REVEAL HIS WITNESSES WHEN OR IF NESSECARY DUE TO FEAR OF JOB)

2 LETTERS TO PLAINTIFF'S MOTHER NEVER REACHED HER.

1 LETTER TO R.B.C. MINISTRIES NEVER REACHED THEM.

PLAINTIFF WILL AGAIN SHOW BY WAY OF A CHART LETTERS THAT WERE WRITTEN TO COURTS, DEFENDANTS AND DEFENDANTS' COUNCEL.

PLAINTIFF MOVES THAT THE RESPECTED COURTS AND THE HONORABLE MS. COLLEEN KOLLAR-KOTELLY WHOM IS THE RESPECTED HONORABLE JUDGE IN THIS CASE GRANTS JUDGEMENT IN FAVOR OF THE PLAINTIFF

DUE TO THE LACK OF RESPONSE SEEING THAT THE PLAINTIFF'S LACK OF RESPONSE CAUSE A DEFAULT PLAINTIFF BELIEVES THE SAME JUDGEMENT IS IN ORDER.

| Date | Action | Address |
|---|---|---|
| 12.1.06 | LETTERS OF RESOLUTION | 333 CONSTITUTION AVE. 441 4th ST. / 1901 E ST |
| 12.18.06 | SAME AS ABOVE / REQUEST OF AN UP-DATE WITH MOTION OF CHANGE OF ADDRESS | |
| 12.30.06 | COURT CLERK MS. NANCY MEYER-WHITTINGTON FOR UP-DATE | 333 CONSTITUTION AVE. |
| 1.23.07 | RECIEVED PAPERWORK OF DISMISSAL GRANTING FAVOR TO DEPARTMENT OF CORRECTIONS | |
| 1.24.07 | SENT LETTERS FOR REVERSAL TO MS. VALDES AND MR. BRUCKHEIM, D.O.C. AND RESPECTED COURTS AND 1901 D ST SE | 333 CONSTITUTION AVE. / 441 4th ST. |
| 2.17.07 | MOTION TO GRANT JUDGEMENT IN FAVOR OF PLAINTIFF | |
| 3.21.07 | SAME MOTION AS ABOVE (2.17.07) | |

HOPEING IT REACHES

With Much Respect,

Bro. Samuel A. Ross